IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HUGUETTE NICOLE YOUNG,

    Plaintiff,

v.                                      No. 20-cv-0789 SMV

HECTOR BALDERAS,

    Defendant.

## ORDER GRANTING PRO SE PARTY LEAVE TO FILE ELECTRONICALLY

THIS MATTER is before the Court on Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information [Doc. 5], filed August 20, 2020. Plaintiff requests permission to electronically file and serve her documents stating she is "able to comply with the equipment and rule requirements governing electronic filing." *Id.* at 1.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses her electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney [Doc. 5], filed August 20, 2020, is **GRANTED.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**