UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

———————————

HUGUETTE NICOLE YOUNG,

    Plaintiff,

v.                                                                                  No. 2:20-cv-00789-WJ-SMV

HECTOR BALDERAS,

    Defendant.

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO RECONSIDER

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Motion to Reconsider and Narrow IFP Issues Ahead of an Appeal, Doc. 19, filed October 19, 2020.

Plaintiff, who sought to proceed *in forma pauperis*, asserted that "the court has no right to request such highly sensitive financial information about litigants who are requesting fee waivers," and disregarded the Magistrate Judge and the undersigned's Orders to file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Mem. Op. and Order of Dismissal, Doc. 13, filed October 13, 2020 (dismissing case without prejudice because Plaintiff did not pay the filing fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" by the October 9, 2020, deadline).

Plaintiff now asks the Court reconsider "her IFP status and a narrowing and a sharpening of [some] issues [regarding the requirement to file a financial statement to support IFP status] ahead of an appeal." Motion at 1. Plaintiff offers new evidence, her affidavit that she is receiving SNAP benefits and an incomplete form "Request to Waive Court Fees" for State of California courts, but "still refuses to submit a detailed financial statement despite the fact that it will clearly

show plaintiff qualifies for IFP status because this is not how 28 U.S.C. § 1915(a)(1) is written nor how Congress intended the law to be read."

The Court denies Plaintiff's Motion to Reconsider.  *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("not[ing] that a motion for reconsideration … [is an] inappropriate vehicle[] to reargue an issue previously addressed by the court when the motion merely advances new arguments, or supporting facts which were available at the time of the original motion").  The Court declines to address the issues Plaintiff requests be "narrowed" "ahead of appeal" because the Court has dismissed this case and entered its Rule 58 Judgment, and because Plaintiff filed a Notice of Appeal, *see* Doc. 15, filed October 15, 2020, before she filed her Motion to Reconsider.

**IT IS ORDERED** that Plaintiff's Motion to Reconsider and Narrow IFP Issues Ahead of an Appeal, Doc. 19, filed October 19, 2020, is **DENIED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE